| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Kimball Reed Curtis |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name   Middle Name   Last Name |

**United States Bankruptcy Court for the District of Utah**

Case number: 19-27103

FILED: US Bankruptcy Court-UT
JUN 22 2022 PM 12:05

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $11,793.57 |
|---|---|
| Claimant's Name: | Denise Fairley |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1705 Havercamp St<br>Las Vegas, NV 89117 - 702-843-9233<br>Denise@surplusrefundscapital.com |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☒ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

LF 3011-1 (12/19)        Application for Payment of Unclaimed Funds        Page 1

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042 at attached a Certificate of Service to this application.

Office of the United States Attorney
for the District of Utah
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 6-15-22

Signature of Applicant: *Kimball Curtis*

Printed Name of Applicant: Kimball Curtis

Address:

Telephone:

Email:

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable):

Printed Name of Co-Applicant (if applicable):

Address:

Telephone:

Email:

**6. Notarization**
STATE OF Utah
COUNTY OF Salt Lake

This Application for Unclaimed Funds, dated 6-15-22 was subscribed and sworn to before me this 15 day of June, 2022 by Kimball Curtis

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public *Karly Devey*

My commission expires: Nov. 13, 2022

**6. Notarization**
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20__ _____ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public

My commission expires:

KARLY DEVEY
Notary Public - State of Utah
Comm. No. 703281
My Commission Expires on
Nov 13, 2022

LF 3044-1 (12/09) Application for Payment of Unclaimed Funds    Page 2

**Fill in this Information to identify the**

Debtor 1  Kimball Reed Curtis
        First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

**United States Bankruptcy Court for the District of Utah**
Case number: 19-27103

## NOTICE OF OBJECTION DEADLINE

**PLEASE TAKE NOTICE** that the attached Application to Pay Unclaimed Funds has been filed with the United States Bankruptcy Court for the District of Utah.

    **Right to Object**. Any party in interest who objects to the Application for Payment of Unclaimed Funds being sought in this Application must, within twenty-one (21) days of the mailing of this Application, file an objection or other appropriate response to this Application with the:

**United States Bankruptcy Court**
**District of Utah**
Room 301
350 South Main Street
Salt Lake City, UT 84101

## CERTIFICATE OF SERVICE BY MAIL OR OTHER MEANS

I hereby certify that on __18th June 2022__ (date), I caused to be served a true and correct copy of the foregoing Application for Payment of Unclaimed Funds and all attachments as follows:

| Office of the United States Attorney<br>District of Utah<br>111 South Main Street, Suite 1800<br>Salt Lake City, UT 84111 | ☒ By Mail: First–class U.S. mail, postage pre-paid<br>☐ By Hand Delivery<br>☐ By Other Means (Describe):<br><br>_____<br>_____<br>_____ |

LF 3011-1 (12/19)      Application for Payment of Unclaimed Funds      Page 3

| **Debtor**<br><br>Name: _____<br><br>Address: _____<br><br>_____<br><br>_____ | ☐ **By Mail: First–class U.S. mail, postage pre-paid**<br>☐ **By Hand Delivery**<br>☐ **By Other Means (Describe):**<br><br>_____<br><br>_____<br><br>_____ |
|---|---|
| **Debtor's Attorney**<br><br>Name: _____<br><br>Address: _____<br><br>_____<br><br>_____ | ☐ **By Mail: First–class U.S. mail, postage pre-paid**<br>☐ **By Hand Delivery**<br>☐ **By Other Means (Describe):**<br><br>_____<br><br>_____<br><br>_____ |
| **If Claimant is not the original creditor or payee, the Individual or Entity for whom the funds were deposited:**<br><br>Name: _____<br><br>Address: _____<br><br>_____<br><br>_____ | ☐ **By Mail: First–class U.S. mail, postage pre-paid**<br>☐ **By Hand Delivery**<br>☐ **By Other Means (Describe):**<br><br>_____<br><br>_____<br><br>_____ |

Dated this  18th  Day of  June  ,20 22 .

*Denise Fairly*
Signature

Denise Fairley
Printed Name

---

***Privacy Policy***

Applicant shall redact only the following personal data identifiers from the Application and any supporting documentation attached to the Application before filing such documents: (i) all but the last four digits of a social security number or a tax ID number; (ii) all names of minor children (use minors' initials); (iii) all but the last four digits of any bank, savings, or similar account numbers; and (iv) all birth date information except the year.

***The responsibility for redacting personal data identifiers rests solely with the filing party.***

---