FILED* US Bankruptcy Court-UT
JUN 22 2022 PM 12:06

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| In re: Kimball Reed Curtis | Bankruptcy Case No. 19-27103 |
|---|---|
| Debtor(s). | Chapter 13 |

## ORDER GRANTING APPLICATION FOR PAYMENT OF

## UNCLAIMED FUNDS

It appearing that the check made payable to Kimball Reed Curtis, in the amount of $ 11,793.57 was not charged against the bank account of the debtor's estate within the ninety-day limit pursuant to 11 U.S.C. § 347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah, and

It further appearing that Denise Fairley (Claimant) now claims the above monies in the application attached hereto,

IT IS ORDERED, that the Clerk of the Bankruptcy Court may pay the sum of $ 11,793.57 to Denise Fairley.

-----------------------------------END OF ORDER-----------------------------------